461 A.2d 868

Commonwealth v. Torbeck, Appellant.

Submitted

February 10, 1983. John Joseph Cerra, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Order affirmed.